USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAX JOSEPH,

               **Plaintiff,**

-v-

BUILDING SECURITY SERVICES OF NY, INC,

               **Defendant.**

Case No. 05-CV-1161(KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

        The Clerk of the Court is directed to close this case. The parties have agreed to submit this matter to binding arbitration before the American Arbitration Association.

SO ORDERED.

Dated: April 20, 2005
       New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE